UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 02879
   STEVEN C CHUDY
   SHERRY A LIGAS CHUDY                     CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-0599     SSN XXX-XX-6943
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/21/06 and confirmed on 07/26/06.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 12600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATL ASSOC | CURRENT MORTG | 11034.15 | .00 | 11034.15 |
| US BANK NATL ASSOC | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 729.96 | .00 | 729.96 |
| CITIZENS BANK | SECURED | 2186.47 | 77.80 | 354.22 |
| CAPITAL ONE BANK | UNSECURED | 792.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1157.58 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 792.83 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 471.65 | .00 | .00 |
| SILVERLEAF RESORT INC | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 2894.29 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1101.87 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1474.59 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13950.58 | .00 | 8685.51 | .00 | 22636.09 |
| PRINCIPAL PAID | 12118.33 | .00 | .00 | .00 | 12118.33 |
| INTEREST PAID | 77.80 | .00 | .00 | .00 | 77.80 |
| TOTAL PAID | 12196.13 | .00 | .00 | .00 | 12196.13 |

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $        .00 and was paid $       .00 .

The Trustee received $    403.87 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/10/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```