```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 02879
   STEVEN C CHUDY
   SHERRY A LIGAS CHUDY                  CHAPTER 13

                                         JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0599     SSN XXX-XX-6943

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/21/06 and confirmed on 07/26/06.

     2.  The case was dismissed after confirmation, 10/05/2007.

     3.  The Debtor paid a total of $  12600.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
US BANK NATL ASSOC         CURRENT MORTG    11034.15          .00       11034.15
US BANK NATL ASSOC         MORTGAGE ARRE        .00           .00            .00
FORD MOTOR CREDIT CO       SECURED           729.96           .00         729.96
CITIZENS BANK              SECURED          2186.47         77.80         354.22
CAPITAL ONE BANK           UNSECURED         792.70           .00            .00
CAPITAL ONE BANK           UNSECURED        1157.58           .00            .00
CAPITAL ONE BANK           UNSECURED         792.83           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         471.65           .00            .00
SILVERLEAF RESORT INC      UNSECURED       NOT FILED          .00            .00
FORD MOTOR CREDIT CO       UNSECURED       NOT FILED          .00            .00
B LINE LLC                 UNSECURED        2894.29           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1101.87           .00            .00
CAPITAL ONE BANK           UNSECURED        1474.59           .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED    OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 13950.58       .00      8685.51        .00     22636.09
PRINCIPAL PAID     12118.33       .00         .00         .00     12118.33
INTEREST PAID         77.80       .00         .00         .00        77.80
TOTAL PAID         12196.13       .00         .00         .00     12196.13
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $       .00
and was paid $      .00 .

The Trustee received $    403.87 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/14/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```